UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE: MICHAEL SCOTT STEPHENS &  )
    ANGELA KAY STEPHENS          )     CHAPTER 7
    DEBTORS                          )
                                       )     CASE NO. 13-10984-WHD

### Debtors' Amendment

COME NOW the above Debtors and show to the Court the following:

1.

### Schedule I, Current Income of Individual Debtor(s)

Debtors would amend their Schedule I, Current Income of Individual Debtor(s), to include the Debtor husbands recent unemployed status and unemployment Income as shown attached.

2.

### Schedule J, Current Expenditures of Individual Debtor(s)

Debtors would amend their Schedule J, Current Expenditures of Individual Debtor(s), to correctly reflect their monthly living expenses and Income as shown attached.

Date: June 25, 2013.

                                                            /S/
                                        Robert A. Chambers
                                        Attorney for Debtor
                                        GA State Bar No.: 119450

IN RE Stephens, Michael Scott & Stephens, Angela Kay                                              Case No. 3:13-bk-10984
                    Debtor(s)                                                                         (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):<br>Son<br>Son | AGE(S):<br>18<br>14 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | Tax Commissioner Clerk |
| Name of Employer | | Douglas County |
| How long employed | | 3 months |
| Address of Employer | | 8700 Hospital Drive<br>Douglasville, GA 30134-0000 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | $ 1,382.29 |
| 2. Estimated monthly overtime | $ | $ |
| 3. SUBTOTAL | $ 0.00 | $ 1,382.29 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ | $ 109.93 |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) _____ | $ | $ |
|  | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 109.93 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 1,272.36 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance<br>(Specify) _____ | $ | $ |
|  | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income<br>(Specify) Unemployment Income $340/Week | $ 1,360.00 | $ |
|  | $ | $ |
|  | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,360.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,360.00 | $ 1,272.36 |

| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 2,632.36 |
|---|---|

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
None

IN RE Stephens, Michael Scott & Stephens, Angela Kay_____ Case No. 3:13-bk-10984
                                Debtor(s)                                                    (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)     $     1,116.00
    a. Are real estate taxes included?   Yes ____ No ✓
    b. Is property insurance included?   Yes ____ No ✓
2. Utilities:
    a. Electricity and heating fuel     $     425.00
    b. Water and sewer     $     60.00
    c. Telephone     $     225.00
    d. Other   Cable Television     $     125.00
        $ ____
3. Home maintenance (repairs and upkeep)     $     100.00
4. Food     $     800.00
5. Clothing     $     200.00
6. Laundry and dry cleaning     $ ____
7. Medical and dental expenses     $     250.00
8. Transportation (not including car payments)     $     400.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.     $ ____
10. Charitable contributions     $ ____
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's     $     142.00
    b. Life     $ ____
    c. Health     $ ____
    d. Auto     $     238.00
    e. Other   .     $ ____
        $ ____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) Property Taxes     $     111.00
        $ ____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto     $     336.00
    b. Other   Second Mortgage     $     250.00
                Metro Bank     $     704.00
14. Alimony, maintenance, and support paid to others     $ ____
15. Payments for support of additional dependents not living at your home     $ ____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)     $ ____
17. Other   Personal Hygene     $     80.00
        $ ____
        $ ____

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $     5,562.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
None

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I     $     2,632.36
    b. Average monthly expenses from Line 18 above     $     5,562.00
    c. Monthly net income (a. minus b.)     $     -2,929.64

United States Bankruptcy Court
Northern District of Georgia

IN RE:     Case No. 3:13-bk-10984

Stephens, Michael Scott & Stephens, Angela Kay     Chapter 7
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 206,159.00 | | |
| B - Personal Property | Yes | 3 | $ 22,605.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 239,219.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 80,768.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,632.36 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 5,562.00 |
| TOTAL | | 15 | $ 228,764.00 | $ 319,987.61 | |

Form 6 - Statistical Summary (12/07)

United States Bankruptcy Court
Northern District of Georgia

IN RE: Stephens, Michael Scott & Stephens, Angela Kay
Debtor(s)

Case No. 3:13-bk-10984
Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,632.36 |
| Average Expenses (from Schedule J, Line 18) | $ 5,562.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 2,051.15 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 14,628.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 80,768.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 95,396.00 |

Case No.: 13-10984
Chapter 7
Judge Drake

## CERTIFICATE OF SERVICE

I, **ROBERT A. CHAMBERS**, of **8440 Courthouse Square East, Douglasville, Georgia 30134**, and telephone **770-947-3540** certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age:

That on the 25th day of June, 2013 I served a copy of the within **DEBTOR'S AMENDMENT**, filed in this bankruptcy matter on:

SEE ATTACHED LIST

the respondent(s) in this bankruptcy matter by the **UNITED STATES MAIL**, with sufficient postage affixed for delivery to the said respondent(s) at:

SEE ATTACHED LIST

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on the 25th day of June, 2013.

/S/
ROBERT A. CHAMBERS
Attorney for Debtor
GA. State Bar No. 119450

Case No.: 13-10984
Chapter 7
**Judge Drake**

James G. Baker
Standing Chapter 7 Trustee
305 North LaGrange Street
LaGrange, GA 30240

AMCA
4 Westchester Plaza
Suite 110
Elmsford, NY 10523

American Express
Nationwide Credit Inc.
2002 Summit Boulevard, Ste 600
Atlanta, GA 30319

American Express
Gatestone
P.O. Box 101928, Dept. 4947A
Birmingham, AL 35210-1928

Arlington Christian School
4500 Ridge Road
Fairburn, GA 30213

Auto-Owners Insurance
c/o CNCS
822 East Grand River Avenue
Brighton, MI 48116-1802

Barry & Cheryl Duke
5814 Wembley Drive
Douglasville, GA 30135

BB&T
Item Processing Center
P.O. Box 580048
Charlotte, NC 28258-0048

BB&T Bankcard
P.O. Box 2306
Wilson, NC 27894-2306

Best Buy
HSBC Retail Services
P.O. Box 5238
Carol Stream, IL 60197-5238

Citi Cards
Processing Center
Des Moines, IA 50363-0001

Hallmark Finance/ Carrollton, Inc.
DA Sterling Finance Company
1141 Bankhead Highway, Suite C
Carrollton, GA 30116

Harley Davidson
4150 Technology Way PVC
Carson City, NV 89706-2009

Home Depot
P.O. Box 9101
Des Moines, IA 50364-0500

Metrobank
9340 The Landing Drive
Douglasville, GA 30135

Regions Bank
P.O. Box 11407
Birmingham, AL 35246-0100

Sams Club
Discover
P.O. Box 960013
Orlando, FL 32896-0013

Vulcan Material
One Glenlake Parkway
Suite 600
Atlanta, GA 30328

Wayne Davis Conc.
10 Wayne Davis Drive
P.O. Box 247
Tallapoosa, GA 30176

Wellstar Cobb Hospital
P.O. Box 406149
Atlanta, GA 30384

Wellstar Medical Group Hospitalist
P.O. Box 741418
Atlanta, GA 30374

State of Georgia
Douglas County

## VERIFICATION

Personally appeared before me, the undersigned attesting officer fully authorized to administer oaths, MICHAEL SCOTT STEPHENS & ANGELA KAY STEPHENS, who after first being duly sworn, deposes and says that the allegations contained in the within and foregoing DEBTORS' AMENDMENT are true and correct.

/s/
_____
MICHAEL SCOTT STEPHENS

/s/
_____
ANGELA KAY STEPHENS

Sworn to and subscribed before me this
25th day of June, 2013.

/s/
_____
Public Notary